# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>360 GLOBAL VENTURE GROUP, LLC,<br><br>Defendant. | Case No: 5:18-cv-01590-NC<br><br>**ORDER OF DISMISSAL** |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice; each party to bear their own costs and fees.

DATED this 15th day of August, 2018.

GRANTED

Judge Nathanael M. Cousins